# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA GOENS, <br><br> Plaintiff, <br><br> v. <br><br> VICTORIA L. BLOOD; et al., <br><br> Defendants. | Case No.: 19-CV-2299 W (KSC) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 28]** |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 28] and **ORDERS** the case **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: March 3, 2020

*/s/ Thomas J. Whelan*
Hon. Thomas J. Whelan
United States District Judge